

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00333-CV

| | | |
|---|---|---|
| MICHAEL FASEL, AS NEXT FRIEND AND PARENT OF B.F., A MINOR CHILD, Appellant | § | On Appeal from the 352nd District Court |
| V. | § | of Tarrant County (352-339201-22) |
| AIRBORNE SPORTS NRH, LLC D/B/A AIRBORNE SPORTS AND WILLIAMS ENTERTAINMENT GROUP, LLC, D/B/A LEWISVILLE FUN, AIRBORNE SPORTS, LLC, AIRBORNE LEWISVILLE, GOLDEN AXE LEWISVILLE, AND LABYRINTH LEWISVILLE, Appellees | § | July 3, 2025 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's "Order Granting Defendant's No-Evidence and Traditional Motion for Summary Judgment." It is ordered that the trial court's order is affirmed.

It is further ordered that Appellant Michael Fasel, as Next Friend and Parent of B.F., a Minor Child must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr